1  KATHARINE L. ELLIOTT, County Counsel SBN 135253
   Office of the County Counsel
2  County of Mendocino - Administration Center
   501 Low Gap Rd., Rm. 1030
3  Ukiah, CA 95482

4  Telephone:  (707) 234-6885
   Facsimile:   (707) 463-4592
5  elliottk@co.mendocino.ca.us

6
   Attorney for Defendants
7  County of Mendocino, Janee Dale,
   Lisa Allison, Robin Buxton, Buffy Wright
8  Jennifer Sookne, Mimi Cabral,
   and Susan Rogers
9

10
                    **IN THE UNITED STATES DISTRICT COURT**
11
                  **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13

14 
   LINDA MORALES, individually and as            ) No. 3:16-CV-02429-EMC
15 Guardian Ad Litem for K.B., and RUDOLFO       )
   MORALES,                                      )
16                                               ) **[P~~ROPO~~SED]**
                                                 ) **ORDER TO CONTINUE CASE**
17          Plaintiffs,                          ) **MANAGEMENT CONFERENCE,**
                                                 ) **DEADLINE FOR INITIAL**
18      v.                                       ) **DISCLOSURES AND FILING OF THE**
                                                 ) **RULE 26 REPORT DATES**
19 COUNTY OF MENDOCINO, JANEE                    )
   DALE, LISA ALLISON, ROBIN BUXTON,             )
20 BUFFEY WRIGHT, JENNIFER SOOKNE,               )
   MIMI CABRAL, SUSAN ROGERS, VW                 )
21 [minor], and DOES 1-10, inclusive,            ) Honorable Judge Edward M. Chen
                                                 ) U.S. District Court Judge
22          Defendants.                          )
                                                 )
23 _____

24

25

26

27

28

-1-
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, DEADLINE FOR INITIAL
DISCLOSURES AND FILING OF THE RULE 26 REPORT DATES

Based on the Stipulation of the parties hereto submitted the 25th day of July, 2016, and the parties request for Orders pursuant to said Stipulation, as requested by and through their respective Counsel, the Court does hereby find and order as follows:

**GOOD CAUSE APPEARING,**

1. The Case Management Conference currently scheduled for August 18th, 2016 at 9:30 a.m., is continued to October 13th, 2016, at 9:30 a.m.

2. The parties shall also be subject to the following new CMC related deadlines;

   a. The deadline to Meet and Confer regarding discovery plans and ADR Process (Rule 26(f)) shall be 9/22/16

   b. The deadline to select the ADR Process and file the Stipulation to select an ADR Process shall be 9/22/16

   c. The deadline to file the Rule 26(f) Report, to complete and exchange Initial Disclosures, and to file the Joint CMC Statement, shall be 10/6/16.

**IT IS SO ORDERED.**

DATED: _____7/27_____, 2016            _____
                                        JUDGE OF THE U.S. DISTRICT
                                        COURT

