ROBERT R. POWELL, ESQ.   CSB# 159747
SARAH E. MARINHO, ESQ.   CSB#293690
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0200
F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al., | Case No.: 16-CV-02429-EMC |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND COUNTY DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING |
| COUNTY OF MENDOCINO, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiffs Linda Morales, individually and as Guardian Ad Litem for minor K.B., and Rudolfo Morales ("Plaintiffs"), and Defendants County of Mendocino, Janee Dale, Lisa Allison, Robin Buxton, Buffey Wright, Jennifer Sookne, Mimi Cabral, and Susan Rogers ("County Defendants") through their respective attorneys as follows:

WHEREAS, Plaintiffs filed their Complaint on May 4, 2016;

WHEREAS, County Defendants were sent a Notice of a Lawsuit and Request to Waive Service of Summons on June 17, 2016;

Stipulation to Extend Defendants' Time for Filing Responsive Pleading
*Morales v. County of Mendocino, et al.*
U.S. District Court – Northern District
Case No. 16-CV-02429-EMC

WHEREAS, County Defendants agreed to waive service of summons, and their responsive pleadings were due on August 16, 2016;

WHEREAS, County Defendants required additional time to prepare and file their responsive pleadings;

WHEREAS, Plaintiffs are willing to provide additional time for County Defendants to prepare and file their responsive pleadings;

WHEREAS, Plaintiffs granted County Defendants additional time to prepare and file responsive pleadings to September 16, 2016.

NOW, THEREFORE, BASED ON THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE THAT:

1.    County Defendants' deadline to file their pleadings in response to the Complaint on file in this matter is September 16, 2016.

IT IS SO STIPULATED AND AGREED.

DATED: September 13, 2016                 LAW OFFICE OF ROBERT R. POWELL



__/S/Robert R. Powell_____
ROBERT R. POWELL
Attorneys for Plaintiffs



09/14/2016

APPROVED

Judge Edward M. Chen

MITCHELL, BRISSO, DELANEY & VRIEZE

__/S/Nancy Delaney_____
NANCY DELANEY
Attorneys for Defendants

2

Stipulation to Extend Defendants' Time for Filing Responsive Pleading
*Morales v. County of Mendocino, et al.*
U.S. District Court – Northern District
Case No. 16-CV-02429-EMC