# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 24, 2017     **Time:** 10:00 am. - 12:00 pm     **Judge:** Maria-Elena James

**Case No.**: 16-cv-02429-EMC     **Case Name:**  Morales v. County of Mendocino

**Attorney for Plaintiff:** Robert R. Powell, Esq.
Sarah E. Marinho, Esq.

**Attorney for Defendant:** Nancy Delancy, Esq.
Katharine L. Elliott, Esq.

**Deputy Clerk:** Rose Maher         **FTR Time:** Not Recorded

## PROCEEDINGS

Settlement Conference held.  Case did not settle.