ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0203
admin@rrpassociates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al., | Case No.: 16-CV-02429-EMC |
| Plaintiffs, | [PR~~OPO~~SED] ORDER ON EX-PARTE APPLICATION FOR ADMINISTRATIVE RELIEF AND/OR TO ENLARGE TIME TO AUGMENT JURY INSTRUCTION SUBMISSION BY PLAINTIFFS |
| vs. | |
| COUNTY OF MENDOCINO, et al., | |
| Defendants. | Trial Date: April 2, 2018<br>Time: 8:30AM<br>Dept: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Plaintiffs submitted an Ex-parte Application For Administrative Relief And/Or to Enlarge Time To Augment Jury Instruction Submission By Plaintiffs on February 22nd, 2018. Based on the papers submitted in support of the relief requested, including the Declaration of Robert R. Powell [in Support] the Court does hereby find and order as follows:

0

**GOOD CAUSE APPEARING,**

1. The Court will consider the Jury Instructions proposed by Plaintiffs, and Defendants' objections thereto when considering which jury instructions to include in the final set to be presented to the jury at trial.

2. The Court will consider the instructions and objections at the Pre-Trial Conference set for March 6th, 2018, or thereafter when appropriate.

3. The Court DOES/DOES NOT order Plaintiffs to file the proposed Jury Instructions and Objections included as Exhibit A to the Declaration of Robert R. Powell [in Support] separately after issuance of this Order in the ECF system..

**IT IS SO ORDERED.**

Date: February 28, 2018



JUDGE
U.S.D