UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al., <br>     Plaintiffs, <br>     v. <br> JANNEE DALE, et al., <br>     Defendants. | Case No. 16-cv-02429-EMC <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER DIRECTING DEFENDANTS' COUNSEL TO PROVIDE ADDRESS OF WITNESS** <br><br> Docket No. 164 |

Plaintiffs have filed an application for an order from this Court requiring Defendants to produce Cherrene Pageau's address. Per Federal Rule of Civil Procedure 26(a)(3)(A)(i), parties are required to disclose "the name and, if not previously identified, the address and telephone number of each witness." Defendants identified Ms. Pageau on their witness list in the Joint Pretrial Conference Statement and were therefore required to disclose Ms. Pageau's address. *See* Docket No. 121. Defendants are ordered to disclose Ms. Pageau's address to Plaintiffs by 10:00 a.m. of March 31, 2018. Additionally, Defendants shall file a certification by 10:00 a.m. of March 31, 2018, that they have complied with this order.

The Court reserves ruling on Defendants' Motion in Limine No. 5, Docket No. 158, pending Ms. Pageau's appearance and possible voir dire outside the presence of the jury.

///

///

///

///

///

///

1   Additionally, Defendants' objection to Exhibit 7 is **OVERRULED**.  *See* Docket No. 121.
2   The Safety Plan is necessary to establish the context of the Voluntary Placement Agreement,
3   specifically regarding where K.B. was on August 4, 2015, and how he came to be there.  It also
4   goes to the states of mind of the parties on August 4.

6   **IT IS SO ORDERED**.

8   Dated: March 30, 2018

_____
EDWARD M. CHEN
United States District Judge