1  Nancy K. Delaney, State Bar #70617
   William F. Mitchell, State Bar #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE
   814 Seventh Street
3  P.O. Drawer 1008
   Eureka, CA 95502
4  Telephone: (707) 443-5643
   Facsimile: (707) 444-9586
5  Email: ndelaney@mitchelllawfirm.com

6  Attorney for Defendants
   JANNEE DALE, LISA ALLISON,
7  MIMI CABRAL and BUFFEY WRIGHT

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, individually, and as Guardian Ad Litem for K.B., and RUDOLFO MORALES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MENDOCINO, JANNEE DALE, LISA ALLISON, ROBIN BUXTON, BUFFEY WRIGHT, JENNIFER SOOKNE, MIMI CABRAL, SUSAN ROGERS, VW [minor], and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 16-CV-02429-EMC<br><br>CERTIFICATION REGARDING ADDRESS OF MS. PAGEAU<br><br>Trial:<br>DATE: April 2, 2018<br>TIME: 8:30 a.m. |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
CERTIFICATION REGARDING ADDRESS OF MS. PAGEAU

1  This will certify that plaintiffs' counsel was sent an email at 9:29 p.m. on March
2  30, 2018, with the address of Ms. Pageau, promptly after same was received
3  electronically by defense counsel from Ms. Pageau. Upon receipt of the Court's Order
4  regarding this issue, telephone contact was attempted with Ms. Pageau and the attached
5  email was sent (5:43 p.m.) to Ms. Pageau. She did not respond until the approximate
6  time indicated as she advised she did not have her phone with her at that time. Ms.
7  Pageau is no longer a County employee, as was presumably known by plaintiffs' counsel
8  as she was contacted directly by his office and listed on plaintiffs' witness list. Ms.
9  Pageau was distraught over a purported summary of her discussions with plaintiffs'
10 counsel that she found to be inaccurate, contacted Jena Conner at the Mendocino County
11 CPS Department and was directed to defense counsel. When her address was first
12 requested by plaintiffs' counsel, she was contacted by defense counsel and requested to
13 provide the address for delivery to plaintiffs' counsel. She declined to do so. In light of
14 the fact that at least one other witness has been harassed by Ms. Morales following his
15 deposition testimony (Ms. Morales has complained to Deputy Denton's superiors), and
16 because of general privacy concerns, until the Court issued the subject Order, defense
17 counsel had no basis to demand that the witness provide an address as she had already
18 been contacted by plaintiffs' counsel and arrangements for her appearance in the defense
19 case were being addressed through telephonic communications. Defense counsel did not
20 have the address of Ms. Pageau until the time frame noted above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 31st day of March, 2018, at Eureka, California.

           /s/ Nancy K. Delaney
           NANCY K. DELANEY

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

CERTIFICATION REGARDING ADDRESS OF MS. PAGEAU

# Kathy Radford

| | |
|---|---|
| **From:** | Nancy Delaney |
| **Sent:** | Saturday, March 31, 2018 8:06 AM |
| **To:** | Kathy Radford |
| **Subject:** | Fwd: Morales Trial |

Sent from my iPhone

Begin forwarded message:

> **From:** Nancy Delaney <NDelaney@mitchelllawfirm.com>
> **Date:** March 30, 2018 at 5:43:26 PM PDT
> **To:** "cherrenejoycepageau@yahoo.com" <cherrenejoycepageau@yahoo.com>
> **Subject: Morales Trial**
>
> The Court has ordered that we provide the other side with your address. I know that you did not want to give it to me to do so, but I must now ask again if you will please provide it and I will be disclosing it to Mr. Powell. Thank you.
>
> Sent from my iPhone

1