UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>   Defendants. | Case No. 16-cv-02429-EMC<br><br>**VERDICT FORM** |

**VERDICT FORM**

We, the Jury in the above-entitled case, find as follows:

Question No. 1: Did Plaintiffs prove by a preponderance of the evidence that Linda Morales did not voluntarily consent on August 4, 2015, to the placement of K.B. with the County of Mendocino Child Welfare Department, and thus Jannee Dale violated Linda Morales' and K.B.'s constitutional rights?

 __X__ Yes

 _____ No

Question No. 2: Did Plaintiffs prove by a preponderance of the evidence that Linda Morales communicated to Jannee Dale between August 4, 2015, and September 24, 2015, that she withdrew her consent to the continued placement of K.B. with the County of Mendocino Child Welfare Department and/or asked to have K.B. returned to her promptly, and that Jannee Dale did not act upon this communication, and thus Jannee Dale violated Linda Morales's and K.B.'s constitutional rights?

\_\_\_\_ Yes

__X__ No

Question No. 3: Did Plaintiffs prove by a preponderance of the evidence that Linda Morales communicated to Lisa Allison between August 4, 2015, and September 24, 2015, that she withdrew her consent to the continued placement of K.B. with the County of Mendocino Child Welfare Department and/or asked to have K.B. returned to her promptly, and that Lisa Allison did not act upon this communication, and thus Lisa Allison violated Linda Morales's and K.B.'s constitutional rights?

__X__ Yes

\_\_\_\_ No

Question No. 4: Did Plaintiffs prove by a preponderance of the evidence that Linda Morales communicated to Mimi Cabral between August 4, 2015, and September 24, 2015, that she withdrew her consent to the continued placement of K.B. with the County of Mendocino Child Welfare Department and/or asked to have K.B. returned to her promptly, and that Mimi Cabral did not act upon this communication, and thus Mimi Cabral violated Linda Morales's and K.B.'s constitutional rights?

\_\_\_\_\_ Yes

_X_ No

Question No. 5: Did Plaintiffs prove by a preponderance of the evidence that Buffey Wright intentionally inflicted emotional distress upon Linda Morales?

\_\_\_\_\_ Yes

_X_ No

Question No. 6: Did Plaintiffs prove by a preponderance of the evidence that Buffey Wright intentionally inflicted emotional distress upon K.B.?

\_\_\_\_\_ Yes

_X_ No

3

Question No. 7: If you answered "Yes" to any of Question Nos. 1, 2, 3, 4, or 5, what compensatory or nominal damages is Linda Morales entitled to due to the violation of her constitutional rights and/or the infliction of emotional distress (as applicable)?

$ 59,000.00

Question No. 8: If you answered "Yes" to any of Question Nos. 1, 2, 3, 4, or 6, what compensatory or nominal damages is K.B. entitled to due to the violation of his constitutional rights and/or the infliction of emotional distress (as applicable)?

$ 29,500.00

This is the end of the Verdict Form. Have the jury foreperson sign and date the form, and notify the Court that you are ready to present your verdict.

Dated: 4/10/2018

_____
JURY FOREPERSON