UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE EDWARD M. CHEN

Case No.: C16-2429 EMC
Case Name: Morales v. County of Mendocino, et al.

## NOTE FROM THE JURY

Note No. 1

Date 4/3/2018

Time 10:36 AM

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Mr. Powell's attitude when investigating the witnesses or asking general questions comes off very rude. It seems to fluster the thoughts of the witness instead of trying to clearly get his point across clearly. It almost makes it impossible to be unbias based on the tone presentation of the questions. In some instances it comes off as demeaning to the witness based on facial expression.

Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE EDWARD M. CHEN

Case No.: C16-2429 EMC
Case Name: Morales v. County of Mendocino, et al.

## NOTE FROM THE JURY

Note No. ~~1~~ 2

Date 4/10/18

Time 13:25

1. The Jury has reached a unanimous verdict ( )

or

2. (The Jury has the following question:)

Requesting copy of transcript of testimony of Lisa Allison and Linda Morales, specifically regarding their conversation following 8/13/2015 supervised visitation.

_____
Foreperson of the Jury

*answer to note #2*

As indicated in the Jury Instructions provided to you, a transcript of the trial testimony is not available. You are to rely on your own memory of the testimony.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE EDWARD M. CHEN

Case No.: C16-2429 EMC
Case Name: Morales v. County of Mendocino, et al.

NOTE FROM THE JURY

Note No. ~~2~~ 3

Date ~~15:20~~ 4/10/18

Time 14:06

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can jury specify how compensatory damages are allocated (ie: therapy, counseling, etc) specific to Questions #7 and 8?

Foreperson of the Jury

Answer to Note #3  - No

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE EDWARD M. CHEN

Case No.: C16-2429 EMC
Case Name: Morales v. County of Mendocino, et al.

## NOTE FROM THE JURY

Note No. 4

Date 4/10/18

Time 15:12

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Are legal fees included in compensatory damages?

_____
Foreperson of the Jury

**Answer to No. 4**

No. That is a matter to be decided by the Court.