United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>JANNEE DALE, et al.,<br><br>            Defendants. | Case No. 16-cv-02429-EMC<br><br>**JUDGMENT** |

This action came before the court for trial, the undersigned judge presiding. On April 10, 2018, the jury found in favor of Plaintiffs and against Defendant Lisa Allison. Consequently, it is Ordered, Adjudged and Decreed that judgment be entered against Defendant Lisa Allison and in favor of (1) Plaintiff Linda Morales in the amount of $59,000 and (2) Plaintiff K.B. in the amount of $29,500 as stated in the Jury Verdict.

**IT IS SO ORDERED.**

Dated: April 23, 2018

_____
EDWARD M. CHEN
United States District Judge