UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JANNEE DALE, et al.,<br><br>        Defendants. | Case No. 16-cv-02429-EMC<br><br>**SECOND AMENDED JUDGMENT** |

This action came before the Court for trial, the undersigned judge presiding. On April 10, 2018, the jury found in favor of Plaintiffs and against Defendants Jannee Dale and Lisa Allison. Consequently, it is ordered, adjudged and decreed that judgment be entered against Defendants Jannee Dale and Lisa Allison and in favor of (1) Plaintiff Linda Morales in the amount of $59,000, and (2) Plaintiff K.B. in the amount of $29,500 as stated in the Jury Verdict. Pursuant to this Court's Order Apportioning Damages, *see* Docket No. 187, Jannee Dale is individually liable for $9,481.30 of Linda Morales's award and $4,740.65 of K.B.'s. Jannee Dale and Lisa Allison are jointly and severally liable for the remaining amounts, specifically $49,518.70 of Linda Morales's award and $24,759.35 of K.B.'s.

**IT IS SO ORDERED**.

Dated: April 27, 2018

                                                                             EDWARD M. CHEN<br>
                                                                             United States District Judge