UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LINDA MORALES, Guardian Ad Litem for
K.B; K. B., a minor,

            Plaintiffs-Appellants,

    v.

COUNTY OF MENDOCINO; JANNEE
DALE; LISA ALLISON; MIMI CABRAL;
BUFFEY WRIGHT,

            Defendants-Appellees.

No.    18-15966

D.C. No. 3:16-cv-02429-EMC
Northern District of California,
San Francisco

ORDER

The court's records reflect that the notice of appeal was filed during the

pendency of a timely filed motion listed in Federal Rule of Appellate Procedure

4(a)(4).  The notice of appeal is therefore ineffective until entry of the order

disposing of the last such motion outstanding.  *See* Fed. R. App. P. 4(a)(4).

Accordingly, appellate proceedings other than mediation shall be held in abeyance

pending the district court's resolution of the pending motion.  *See Leader Nat'l Ins.*

*Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 7 days after the district court's ruling on the pending motion,

appellants shall notify this court in writing of the ruling and shall advise whether

appellants intend to prosecute this appeal.

KML/MOATT

To appeal the district court's ruling on the post-judgment motion, appellants must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Katherine Lehe
Deputy Clerk
Ninth Circuit Rule 27-7

KML/MOATT                                          2