ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0200
F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs


Nancy K. Delaney, SBN 70617
William F. Mitchell, SBN 159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-mail:  ndelaney@mitchelllawfirm.com

Attorney for Defendants
*JANNEE DALE and LISA ALLISON*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, individually, and as Guardian Ad Litem for K.B., and RUDOLFO MORALES,<br><br>       Plaintiffs,<br><br>   vs.<br><br>COUNTY OF MENDOCINO, JANNEE DALE, LISA ALLISON, ROBIN BUXTON, BUFFEY WRIGHT, JENNIFER SOOKNE, MIMI CABRAL, SUSAN ROGERS, VW [minor], and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 16-CV-02429-EMC<br><br>STIPULATION AND [PROPOSED] ORDER |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND [PROPOSED] ORDER

Whereas:

1) Plaintiffs' Motion for Attorney's Fees and Defendants' Motions for Judgment as a Matter of Law and For New Trial are currently on calendar for June 29, 2018;

2) The parties have agreed to the terms of a settlement agreement;

2) Finalization of the settlement will require approval of a minor's compromise and the completion of other matters which cannot be finalized prior to June 29, 2018;

The parties hereby stipulate that the hearings currently scheduled for June 29, 2018, can now be moved to **August 16, 2018, at 1:30 p.m.**  The Parties will notify the Court as soon as the settlement becomes final so that the pending motions can be taken of calendar.

IT IS SO STIPULATED.

DATED: June 26, 2018          LAW OFFICE OF ROBERT R. POWELL


By: */s/ Robert R. Powell*
       ROBERT R. POWELL
       Attorneys for Plaintiffs


DATED: June 26, 2018          MITCHELL, BRISSO, DELANEY & VRIEZE


By: */s/ William F. Mitchell*
       Nancy K. Delaney/William F. Mitchell
       Attorneys for Defendants
       JANNEE DALE & LISA ALLISON

\* \* \* \* \*

**ORDER**

**IT IS SO ORDERED.**

DATED: _____          _____
       HONORABLE EDWARD M. CHEN
       United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND [PROPOSED] ORDER