| | |
|---|---|
| 1 | ROBERT R. POWELL, SBN 159747 |
| | SARAH E. MARINHO, SBN 293690 |
| 2 | LAW OFFICES OF ROBERT R. POWELL |
| | 925 West Hedding Street |
| 3 | San Jose, California 95126 |
| | T: (408) 553-0200 |
| 4 | F: (408) 553-0203 |
| | E: rpowell@rrpassociates.com |
| 5 | |
| | Attorney for Plaintiffs |
| 6 | |
| 7 | Nancy K. Delaney, SBN 70617 |
| | William F. Mitchell, SBN 159831 |
| 8 | MITCHELL, BRISSO, DELANEY & VRIEZE, LLP |
| | Attorneys at Law |
| 9 | 814 Seventh Street |
| | P. O. Drawer 1008 |
| 10 | Eureka, CA 95502 |
| | Tel: (707) 443-5643 |
| 11 | Fax: (707) 444-9586 |
| | E-mail: ndelaney@mitchelllawfirm.com |
| 12 | |
| | Attorney for Defendants |
| 13 | *JANNEE DALE and LISA ALLISON* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, individually, and as Guardian Ad Litem for K.B., and RUDOLFO MORALES, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>COUNTY OF MENDOCINO, JANNEE DALE, LISA ALLISON, ROBIN BUXTON, BUFFEY WRIGHT, JENNIFER SOOKNE, MIMI CABRAL, SUSAN ROGERS, VW [minor], and DOES 1-10, inclusive, <br><br>　　　　Defendants. | Case No.: 16-CV-02429-EMC <br><br> STIPULATION AND [PROPOSED] ORDER |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND [PROPOSED] ORDER

Whereas:

1) Plaintiffs' Motion for Attorney's Fees and Defendants' Motions for Judgment as a Matter of Law and For New Trial are currently on calendar for June 29, 2018;

2) The parties have agreed to the terms of a settlement agreement;

2) Finalization of the settlement will require approval of a minor's compromise and the completion of other matters which cannot be finalized prior to June 29, 2018;

The parties hereby stipulate that the hearings currently scheduled for June 29, 2018, can now be moved to **August 16, 2018, at 1:30 p.m.** The Parties will notify the Court as soon as the settlement becomes final so that the pending motions can be taken of calendar.

IT IS SO STIPULATED.

DATED: June 26, 2018         LAW OFFICE OF ROBERT R. POWELL

By: */s/ Robert R. Powell*
    ROBERT R. POWELL
    Attorneys for Plaintiffs

DATED: June 26, 2018         MITCHELL, BRISSO, DELANEY & VRIEZE

By: */s/ William F. Mitchell*
    Nancy K. Delaney/William F. Mitchell
    Attorneys for Defendants
    JANNEE DALE & LISA ALLISON

\* \* \* \* \*

**ORDER**

**IT IS SO ORDERED.**

DATED: __June 26, 2018__         _____
                                 HONORABLE
                                 United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502