UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORALES, individually, and as Guardian Ad Litem for K.B., and RUDOLFO MORALES, | ) Case No.: 16-CV-02429-EMC ) ) [PROPOSED] ORDER GRANTING |
| Plaintiffs, | ) STIPULATION TO VACATE ) JUDGMENT; DISMISSAL WITH ) PREJUDICE |
| vs. | ) |
| COUNTY OF MENDOCINO, JANNEE DALE, LISA ALLISON, ROBIN BUXTON, BUFFEY WRIGHT, JENNIFER SOOKNE, MIMI CABRAL, SUSAN ROGERS, VW [minor], and DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Good cause appearing therefore, based upon the Stipulation of the parties through counsel,

IT IS HEREBY ORDERED that the Judgment entered April 27, 2018, should be and hereby is vacated and the entire action is dismissed, with prejudice.

DATED: _____8/10/18_____

_____
HONORABLE EDWARD M. CHEN
United States

IT IS SO ORDERED

Judge Edward M. Chen

1

[PROPOSED] ORDER GRANTING STIPULATION TO VACATE JUDGMENT;
DISMISSAL WITH PREJUDICE

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502