UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA MORALES, Guardian Ad Litem for K.B and K. B., a minor, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF MENDOCINO; et al., <br><br> Defendants - Appellees. | No. 18-15966 <br><br> D.C. No. 3:16-cv-02429-EMC <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The letter filed by the appellants on August 17, 2018 is construed as a motion for voluntary dismissal of the appeal. So construed, the motion is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7